Dismissed and Memorandum Opinion filed October 7, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00634-CR

____________

 

ELDON LEROY TERRY, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 263rd District Court

Harris County, Texas

Trial Court Cause No. 1226471

 



 

M E M O R
A N D U M   O P I N I O N

Appellant entered a guilty plea to possession of between four
and 200 grams of a controlled substance.  In accordance with the terms of a
plea bargain agreement with the State, on August 3, 2009, the trial court
deferred a finding of guilt and placed appellant on community supervision for
five years.  Appellant subsequently entered a plea of true to the allegations
in the State’s motion to adjudicate guilt.  On July 8, 2010, the trial court
adjudicated appellant’s guilt and sentenced him to confinement for four years
in the Institutional Division of the Texas Department of Criminal Justice. 
Appellant filed a timely notice of appeal.  

On September 21, 2010, a record from a hearing in the trial
court was filed in this court.  At the hearing, appellant testified that he no
longer wished to pursue his appeal.  The trial court found that appellant
wished to withdraw his notice of appeal.

Appellant has not filed a written motion to withdraw his
notice of appeal or dismiss the appeal.  See Tex. R. App. P. 42.2(a). 
However, based upon the testimony at the hearing that appellant does not want
to continue his appeal, we conclude that good cause exists to suspend the
operation of Rule 42.2(a) in this case.  See Tex. R. App. P. 2.

Accordingly, we dismiss the appeal. 

 

PER CURIAM

 

Panel
consists of Chief Justice Hedges and Justices Yates and Sullivan. 

Do Not
Publish C  Tex. R. App. P. 47.2(b).